

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2022

No. 04-21-00262-CV

**IN THE MATTER OF H.S.M**.

From the 436th District Court, Bexar County, Texas
Trial Court No. 2019JUV00832
The Honorable Lisa Jarrett, Judge Presiding

# O R D E R

Appellant has filed a motion for a sixty day extension of time to to file a brief. We grant the motion and **order** appellant's counsel, Angela Moore, to file appellant's brief by **March 4, 2022**. Counsel is advised that no further extensions of time will be granted absent a motion, filed before the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of January, 2022.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court